EPPES TUCKER, JR., *et al.,* v. COMMONWEALTH LIFE
INSURANCE CO., *et al.*

153 So. 847.
Division B.
Opinion Filed April 4, 1934.
Petition for Rehearing Denied April 24, 1934.

*Evan Evans,* for Appellants;

*Peterson, Carver & Langston* and *Bryant & Trantham,*
for Appellees.

PER CURIAM.—The decree appealed from in this case
should be affirmed on authority of the opinion and judgment
in the case of Evans v. Tucker, 101 Fla. 688, 135 Sou. 305,
and it is so ordered.

Affirmed.

DAVIS, C. J., and WHITFIELD, ELLIS, TERRELL and BU-
FORD, J. J., concur.